

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, March 4, 2015

No. 04-14-00555-CR

Robert **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 307125
Honorable Jason K. Pulliam, Judge Presiding

# O R D E R

On March 2, 2015, Appellant filed a pro se motion to inspect the appellate record. Appellant is already represented in this appeal by court-appointed counsel:

Patrick B. Montgomery
111 Soledad Street, Suite 300
San Antonio, Texas 78205
patmontgomery@gmail.com
210-225-8940
978-285-4664 (Fax)

Appellant does not have a right to hybrid representation. *See Ex parte Taylor*, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001). Appellant's pro se motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court